AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Joshua Williamson,
a/k/a Chain Gang

*Defendant*

Case No. 8:21-cr-218-CEH-AAS

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joshua Williamson, a/k/a Chain Gang, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Assault in Aid of Racketeering, in violation of 18 U.S.C. § 1959(a)(3).

Date: 7/2/2021

*Issuing officer's signature* CRoberts

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7-2-21, and the person was arrested on *(date)* 8-13-21
at *(city and state)* SUWANNIE CI / WHCAD.

Date: 8/17/21

*Arresting officer's signature*

*Printed name and title*